**No. 10-5437. Bianca Fabione Vereen, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 297, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7232.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 517.